TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00786-CV

Dennis Childers, Appellant

v.

Paulette James, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 97-01898, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING 

PER CURIAM

 On our own motion we will dismiss this appeal for want of prosecution.

 On September 5, 2000, the district court signed a final judgment relating to
appellant Dennis Childer's motion to modify the parent-child relationship. On December 4, 2000,
appellant timely filed a notice of appeal. The reporter's record was filed in this Court on January
4, 2001 and the clerk's record was filed in this Court on January 11, 2001. Childers' brief was
due to be filed in this Court on February 12, 2001.

 On March 13, 2001, this Court sent a notice to the parties (1) that informed
Childers his appellant's brief was overdue and (2) requested Childers to file a response by March
23, 2001, or the appeal may be dismissed for want of prosecution. Appellant has failed to
respond or file an appellant's brief.

 Because appellant has failed to respond or file a brief, we dismiss the appeal for
want of prosecution. Tex. R. App. P. 42.3.

Before Justices Kidd, B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed: April 12, 2001

Do Not Publish